DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER GAFFEY,**
Appellant,

v.

**PROTECTIVE PRODUCTS ENTERPRISES, LLC,** a Florida Limited
Liability Company,
Appellee.

No. 4D18-0381

[December 6, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE 15-005819 (18).

Gregory Durden of Gregory Durden, P.A., Fort Lauderdale, and Joseph M. Pustizzi of Law Office of Joseph Pustizzi, P.A., Hollywood, for appellant.

Lisa Cicero of McGuinness & Cicero, Sunrise, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***